**Electronically Filed
Supreme Court
SCWC-14-0001137
04-OCT-2018
12:44 PM**

SCWC-14-0001137

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

───────────────────────────────────────────

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF
RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8, MORTGAGE
PASS-THROUGH CERTIFICATES SERIES 2006-H UNDER THE POOLING
AND SERVICING AGREEMENT DATED JUNE 1, 2006,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL C. GREENSPON,
Petitioner/Defendant-Appellant.

───────────────────────────────────────────

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001137; DC-CIVIL NO. 10-1-2608)

ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR
RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner/Defendant-

Appellant Michael C. Greenspon's Motion for Reconsideration

filed on September 27, 2018, the papers in support thereof,

and the records and files herein,

IT IS HEREBY ORDERED that the motion is granted in part as set forth in the Order of Correction filed herewith. In all other respects, the motion is denied.

DATED: Honolulu, Hawaiʻi, October 4, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

